# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**VIRGIL B. COLE**                                                                          **PLAINTIFF**

**VERSUS**                                                  **CIVIL ACTION NO. 3:06cv248HTW-LRA**

**HINDS COUNTY BOARD OF SUPERVISORS**
**and HINDS COUNTY DETENTION CENTER**                     **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this Court.

SO ORDERED AND ADJUDGED, this the 29th day of January, 2007.

                                                  s/ HENRY T. WINGATE

                                                  CHIEF UNITED STATES DISTRICT JUDGE